# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEYUNDREA O. HOLMES, | ) |
| Plaintiff, | ) |
| v. | ) 3:16-cv-00101-MMD-VPC |
| RENEE BAKER et al., | ) ORDER |
| Defendants. | ) |

## I. DISCUSSION

According to Defendants, Plaintiff has been incarcerated at High Desert State Prison since April 7, 2016 but has not updated his current address with the Court. (*See* ECF No. 11). Defendants seek an order directing Plaintiff to file an updated address with the Court. (ECF No. 12). The Court grants this motion.

Pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff a one-time courtesy copy of this order and a copy of the docket sheet to Plaintiff at High Desert State

1 | Prison.
2 |     IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the
3 | Court shall dismiss this case with prejudice.

DATED: This 13th day of January, 2017.

*Valerie P. Cooke*
United States Magistrate Judge

2