ADAM PAUL LAXALT
Nevada Attorney General
WADE BEAVERS
Deputy Attorney General
Nevada Bar No. 13451
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1209
E-Mail: wbeavers@ag.nv.gov

*Attorneys for Defendants*
*Renee Baker and Pamela Del Porto*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEYUNDREA O. HOLMES, | Case No.  3:16-cv-00101-MMD-VPC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| RENEE BAKER, *et al.*, | |
| Defendants. | |

Plaintiff, Deyundrea O. Holmes, appearing pro se, and Defendants Renee Baker and Pamela Del Porto, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Wade Beavers, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice.

///

///

///

///

///

///

///

///

///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 22nd day of Feb, 2017.   DATED 1st day of March, 2017.

ADAM PAUL LAXALT
Attorney General

By: /s/ Deyundrea O. Holmes
DEYUNDREA O. HOLMES
*Plaintiff, Pro Se*

By: /s/ Wade Beavers
WADE BEAVERS
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 1st day of March, 2017.

_____
DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 1st day of March, 2017, I caused to be deposited for mailing a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** addressed as follows:

DEYUNDREA O. HOLMES (#1071992)
HIGH DESERT STATE PRISON
P.O. BOX 650
INDIAN SPRINGS, NV 89070

/s/ *signature*
An employee of the
Office of the Attorney General